# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK ALAN LANE, | No. CV 14-4876-GW (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY L. TEWS, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 6, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE