UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK ALAN LANE, | ) | No. CV 14-4876-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RANDY L. TEWS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's second report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 14, 2017

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE